IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT,<br>　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 05-1991<br>)　EGS<br>)<br>)<br>)<br>) |

## ORDER

In consideration of the Plaintiff's Motion for Default Judgment, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Defendant shall fund independent evaluations of B.G. in all areas of suspected disability; and it is further

ORDERED that within 10 days of receipt of these evaluations, the Defendant shall convene a Multi-Disciplinary Team Meeting in order to review the evaluations, to develop an appropriate Individualized Education Program for B.G., to determine an appropriate educational placement for B.G., and to develop an appropriate compensatory education plan for B.G. based on the Defendant's failure to provide B.G. with a free appropriate public education; and it is further

ORDERED that the Defendant shall pay the Plaintiff's reasonable attorneys' fees and costs incurred in bringing the administrative hearing and this action.

SO ORDERED.

_____
EMMETT G. SULLIVAN
United States District Judge