**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TOLORIA GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1991 (EGS) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Opposition to Plaintiff's Motion for Default Judgment, Plaintiff's response, if any, and the record in this proceeding, it is, this ____ day of _____, 2006,

ORDERED: that Plaintiff's Motion for Default Judgment is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE