# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOLORIA GANT, <br> on behalf of her minor child B.G., <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1991 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant District of Columbia, by counsel, here answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1.  The allegations contained in paragraph 1 of the Complaint are characterizations of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendant admits the existence of the cited statutes.

2.  Defendant admits the existence of statute referenced in paragraph 2 of the Complaint. The remaining allegations in paragraph 2 are conclusions of the pleader to which no response is required. If a response is required, they are denied.

3.  Defendant admits that the Plaintiff participated in an impartial administrative hearing but denies that the hearing was conducted by the DCPS Office of Management Services in the first sentence of paragraph 3 of the Complaint. Further

answering said paragraph, Defendants admit the allegations in the second sentence of paragraph 3 of the Complaint.

4. Defendant admits the allegations in paragraph 4 of the Complaint.

5. Defendant denies the allegations in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint.

7. Defendant admits the allegations in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations in paragraph 11 of the Complaint.

12. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 11 above.

13. The allegations contained in paragraph 13 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same allegations are denied.

14. The allegations contained in paragraph 14 of the Complaint are factual characterizations and legal conclusions of the pleader to which no response is required. If a response is required, then the same allegations are denied.

15. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 14 above.

16. The allegations contained in paragraph 16 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same allegations are denied.

17. The allegations in paragraph 17 are characterizations of the statutes by the pleader to which no response is required; the statutes speak for themselves.

18. The allegations in paragraph 18 are characterizations of the statutes by the pleader to which no response is required; the statutes speak for themselves.

19. The allegations in paragraph 19 are characterizations of the statutes by the pleader to which no response is required; the statutes speak for themselves.

20. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 19 above.

21. Defendant admits the existence of the statute referred to in paragraph 21 of the Complaint which speaks for itself.

22. The allegations contained in paragraph 22 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same allegations are denied

23. The allegations contained in paragraph 23 of the Complaint are conclusions of the pleader to which no response is required. If a response is required, then the same allegations are denied.

24. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 23 above.

25.     The allegations contained in paragraph 25 of the Complaint are legal conclusions of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

26.     The allegations contained in paragraph 26 of the Complaint are legal conclusions of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

27.     The allegations contained in paragraph 26 of the Complaint are conclusions of the pleader to which no response is required.  If a response is required, then the same allegations are denied

BY WAY OF FURTHER ANSWER, Defendant denies all allegations of wrong-doing not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

WHEREFORE, Defendant demands that the Complaint be dismissed and that Defendant be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

                              **/s/ Edward P. Taptich**
                              EDWARD P. TAPTICH [#012914]
                              Chief, Equity Section II

                              **/s/ Carol E. Burroughs**
                              CAROL E. BURROUGHS [#415432]
                              Assistant Attorney General
                              441 Fourth Street, N.W.
                              Sixth Floor South
                              Washington, D.C. 20001
                              (202) 724-6520
                              Fax:  202-727-3625
**January 25, 2006**              Email:  Carol.Burroughs@dc.gov