**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOLORIA GANT : | |
| : | |
| v.    : | Civil No. 05-1991   (EGS) |
| : | |
| DISTRICT OF COLUMBIA : | |
| Defendant. : | |

**ORDER**

Upon consideration plaintiff's motion for a default judgment and defendant's opposition to a default, it is

**ORDERED** that the motion is DENIED in view of the long-standing policy to decide cases on the merits; and it is

**FURTHER ORDERED** that the Clerk of the Court shall schedule an Initial Scheduling Conference and transmit to counsel notice to meet and confer and to file appropriate pleadings.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**January 31, 2006**