IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOLORIA GANT,**<br>          Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br>          Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-1991<br>)   EGS<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1)   The Defendants shall file the administrative record and the transcripts of the administrative hearing on or before March 28, 2006.

2)   The Parties shall file their motions for summary judgment on or before May 8, 2006.

3)   The Parties shall file their opposition to the motions on or before June 5, 2006.

4)   The Parties shall file their replies to the oppositions on or before June 19, 2006

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

_____
Judge Emmet G. Sullivan
United States District Judge