IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT,<br>  Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>  Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-1991<br>)  EGS<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Attached is an index of the administrative record in this proceeding. The record documents themselves (with a copy of this Notice and the attached index) are in paper form and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday. A copy of these documents is being served on counsel for the Plaintiff, by U.S. mail, simultaneous with their filing with the Clerk.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

2

|  |  |
|---|---|
|  | **/s/ Carol E. Burroughs** |
|  | CAROL E. BURROUGHS [415432] |
|  | Assistant Attorney General |
|  | 441 4th St., N.W., Sixth Floor South |
|  | Washington, D.C. 20001 |
| March 28, 2006 | (202) 724-6520 |