**B.G. v. District of Columbia**
**Civil Action 05-1991 (JR)**

**Index of Record**

|   |   | **Page** |
|---|---|---|
| 1. | Certification of Record | 1 |
| 2. | Hearing Request, 6/28/05 | 2 |
| 3. | Hearing Officer's Decision, 9/5/05 | 8 |
| 4. | Plaintiff's Disclosure Statement, 8/23/05 | 13 |
|    | BG-1   Disclosure Letter, 8/23/05 | 13 |
|    | BG-2   Hearing Notice | 14 |
|    | BG-3   Due Process Hearing Request, 6/28/05 | 15 |
| 5. | Defendant's Disclosure Statement, 8/22/05 | 21 |
|    | DCPS-1   Attendance Summary for B.G. Sept-Dec. 2004, 1/3/05 | 23 |
|    | DCPS-2   Attendance Summary for B.G. Jan.-Jun. 2005 | 24 |
|    | DCPS-3   Letter to the Parents of B.G., dated 6/1/2005 | 25 |
|    | DCPS-4   Kindergarten Progress Report for B.G., 6/20/05 | 26 |
| 6. | August 30, 2005 Hearing Transcript | 30 |