THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOLORIA GANT,  )  <br> Plaintiff,  )  <br> ) <br> v.  ) <br> ) <br> DISTRICT OF COLUMBIA  ) <br> Defendant.  ) <br> ) | Civil Action No. 05-1991 EGS |

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiff Toloria Gant, by and through her undersigned counsel, hereby stipulates to the dismissal of all claims and states as follows:

1) The Parties have resolved all matters by the settlement attached hereto.

2) For these reasons, neither the Plaintiff nor her minor child will be harmed by the dismissal.

3) The Defendants have made no counter claims, so they will not be harmed by the dismissal.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
2807 27th St., NW
Washington, DC  20008
(202) 332-0038

1