## SETTLEMENT AGREEMENT

Toloria Gant v. District of Columbia
Civil Action No. 05-1991 (EGS)

The parties have agreed to the following terms and conditions:

1. Parent represents that the student Brandon Gant is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is 9/14/99, that the attending school is Webb Elementary School (student may be changing schools effective August 2006).

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
   - DCPS agrees to perform three evaluations—psychoeducational, speech and language and social history within 45 calendar days of the signed agreement.
   - If DCPS is unable to do the evaluations with 45 days, the parent may get those evaluation independently at DCPS expense pursuant to the Superintendent's Directive 530.6 dated March 20, 2002.
   - Within 20 school days of completion and receipt of the last evaluation, DCPS will convene an MDT/IEP meeting for the purposes of 1) reviewing the evaluations, 2) determining eligibility and 3) if eligible, developing an appropriate IEP; 4) if eligible, determining appropriate placement; 5) and if eligible and warranted, determining an appropriate compensatory education plan for any services missed.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement and will schedule all meetings through counsel.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and Counsel for the Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

Re: Brandon Gant
7/13/2006
Page 2

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of DCPS's failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending civil action, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees and costs of $Four Thousand Two Hundred Fifty ($4,250.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter.

11. Parent agrees that the Civil Action 05-1991 that is the subject of this Settlement Agreement will be dismissed with prejudice as settled before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____ 7/14/06     Agreed to: _____ 7/13/06
Douglas Tyrka, Esq.                     Katherine Rodi, Esq.
Counsel for Parent                      Attorney Advisor
                                        DCPS

_____
Toloria Gant
Parent of Brandon Gant