UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-1933 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

The Defendants, by counsel, note the following with respect to the Plaintiff's "Notice of Settlement and Stipulation of Dismissal," filed herein July 14, 2006 ("Notice").

The Defendants have no objection to the Plaintiff's dismissal of this action. However, to the extent the Notice indicates that DCPS and the Plaintiff have concluded a settlement agreement, it should be made clear that representation is inaccurate. While paragraph 6 of the agreement attached to the Notice requires the signatures of both the Plaintiff and her counsel, that document was not (and, to the Defendant's knowledge, has not yet been) executed by the Plaintiff. Plaintiffs' counsel was advised by Defendant's counsel prior to the filing of the Notice that the undersigned and DCPS did not consider the agreement concluded without the Plaintiff's signature, and that it should not be represented to the Court that the parties had concluded a settlement agreement. It was also noted that the Plaintiff's execution was essential since implementation of many of the matters related in the settlement agreement required the agreement and cooperation of

the parent and student, and that counsel's oral assurances that the terms of the agreement were acceptable were insufficient.

Plaintiffs' counsel proceeded nonetheless to file a "Notice of Settlement . . . ," asserting that "all matters" had been "resolved."

The Defendant regrets the need for this clarification. But in light of what the undersigned believe to be a duty of candor to the Court, given Plaintiff's counsel's past lack of care in representations to the Court,[1] and since the matters at issue in this case may well be relevant in other future actions, the Defendant believes the parties' contractual status should be made clear.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the
> District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> **/s/ Edward P. Taptich**
> EDWARD P. TAPTICH [#012914]
> Chief, Equity Section II
>
> **/s/ Carol E. Burroughs**
> CAROL E. BURROUGHS [#415432]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6520
> carol.burroughs@dc.gov

July 19, 2006

---

[1] See, e.g., Lesesne v. District of Columbia, 447 F.3d 828, 832-33 (D.C. Cir. 2006)