## Douglas Tyrka

| | |
|---|---|
| From: | "Douglas Tyrka" <tyrka@tyrkalaw.com> |
| To: | "Burroughs, Carol (OAG)" <carol.burroughs@dc.gov> |
| Sent: | Thursday, March 30, 2006 9:25 AM |
| Subject: | Re: Gant |

In case the formal agreement takes a few days, I wanted to confirm the terms:
1) DCPS will perform 3 evaluations - psychoeducational, speech/language, and social history - within 45 calendar days of the agreement (or order, if we go that route);
2) if DCPS misses that deadline, Ms. Gant can get those evals independently at DCPS expense;
3) within 10 school days of completion/receipt of the last evaluation, DCPS will convene an MDT/IEP meeting for the purposes of a) reviewing the evaluations; b) determining eligibility; c) if eligible, developing an appropriate IEP; d) if eligible, determining an appropriate placement; e) if eligible, determining an appropriate compensatory education plan for any services missed;
4) all meetings will be scheduled through counsel;
5) DCPS will get a day-for-day extension to any deadline for any delay caused by Ms. Gant or her agents;
6) DC/DCPS will pay $4,250 in fees and expenses;
7) the settlement resolves all IDEA-related claims up to the signing of the agreement/issuance of the order.

Please let me know immediately if that doesn't fit your understanding of the agreement.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

## Douglas Tyrka

**From:** "Douglas Tyrka" <tyrka@tyrkalaw.com>
**To:** "Carol Burroughs" <carol.burroughs@dc.gov>
**Sent:** Monday, April 03, 2006 7:25 AM
**Subject:** Gant

Please respond to my e-mail of Thursday morning. It contains the exact terms upon which we agreed Wednesday morning. My understanding from our conversation that morning was that you were going to modify DCPS' stock settlement agreement and forward that to me, but I haven't heard from you since. Usually you respond to e-mails very quickly.

If you do not confirm the terms of the settlement, as laid out in my last e-mail, I will obviously have to file something new with the Court.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

## Douglas Tyrka

**From:** "Douglas Tyrka" <tyrka@tyrkalaw.com>
**To:** "Carol Burroughs" <carol.burroughs@dc.gov>
**Sent:** Wednesday, April 05, 2006 11:20 AM
**Subject:** Gant

It's now been a week since we settled the case by phone, but I still don't have a written confirmation. All that is required is that you respond to my last e-mail, which laid out the terms on which we had agreed.

Please confirm the terms today. If you do not, I plan to file a request with the Court tomorrow to reschedule the status conference on the basis of your refusal to confirm the settlement terms.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

7/23/2006

bit   3

## Douglas Tyrka

From: "Taptich, Edward (OAG)" <Edward.Taptich@dc.gov>
To: <tyrka@tyrkalaw.com>
Sent: Wednesday, April 05, 2006 2:42 PM
Subject: Gant case

Per our telephone conversation moments ago, this will confirm that the substantive terms reflected in your March 30 email to Carol Burroughs are indeed those that have been agreed on. As indicated earlier, because of workload requirements, drafting of a final agreement cannot be begun before the beginning of next week. From what I understand, and barring something unexpected, I don't believe there should be any significant problem in finalizing the agreement, given prior DCPS settlement agreement formats and the usual contents of court settlements.

Edward P. Taptich
Chief, Equity Section II
Civil Litigation Division, OAG
441 4th St, N.W., 6th Fl. South
Washington, DC 20001
202.724.7334

Confidentiality Notice: This message is being sent by a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.